

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| PATTI WHITTINGTON | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:03-cv-1118 BN |
| KAVANAUGH GROUP TEMPORARY SERVICES, INC. | DEFENDANT |
| VS. | |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | GARNISHEE DEFENDANT |
| VS. | |
| BANK ONE, NA, n/k/a JP MORGAN CHASE | INTERVENING GARNISHMENT DEFENDANT |

### FINAL JUDGMENT

**THIS MATTER** came before the Court for consideration of the Motion for Summary Judgment on Counterclaim (the "Motion") filed by Intervening Garnishment Defendant Bank One, NA, n/k/a JP Morgan Chase Bank, NA ("Bank One"), and the response thereto (the "Response") filed by Plaintiff Patti Whittington ("Plaintiff"). The Court, being fully advised in the premises, finds that final judgment should be entered pursuant to Federal Rule of Civil Procedure 58 in favor of Bank One.

**IT IS, THEREFORE, ORDERED AND DECREED** that final judgment is hereby entered in favor of Bank One as more fully described in the Agreed Order Granting Bank One's

Motion for Summary Judgment on Counterclaim, entered herein, the terms of which are hereby incorporated by reference.

SO ORDERED, ADJUDGED AND DECREED, this the 3rd day of February 2006.

_____
WILLIAM H. BARBOUR, JR.
UNITED STATES DISTRICT JUDGE


Agreed to and Approved for Entry:

_____
William H. Leech (MSB # 1175)
Danny E. Ruhl (MSB # 101576)
Attorneys for Bank One

_____
Michael Farrell (MSB #5147)
Attorney for Patti Whittington